**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CRIMINAL NO.** |
| **v.** | § | |
| | § | **4:25-cr-0044** |
| | § | |
| **CARLOS CARTAGENA-LOPEZ** | § | |
| Defendant | § | |

**INDICTMENT**

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
**Alien In Possession of a Firearm**
**(18 U.S.C. § 922(g)(5)(A))**

On or about November 16, 2023, in the Houston Division of the Southern District of Texas, the Defendant,

**CARLOS CARTAGENA-LOPEZ**

knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm [ammunition], that is, a Hi-Point .40 caliber handgun [.40 caliber ammunition], said firearm [ammunition] having been shipped and transported in interstate [foreign] commerce.

In violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

**NOTICE OF CRIMINAL FORFEITURE**

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that the firearm [ammunition], involved in violation of Title 18, United States Code, Section 922(g)(5) and 924(a)(8) as charged in Count One, is subject to forfeiture, including, but not limited to, the following:

Hi-Point .40 caliber handgun

.40 caliber ammunition

1

**A TRUE BILL:**

Original Signature on File

_____
**FOREPERSON OF THE GRAND JURY**

**NICHOLAS J. GANJEI**
**UNITED STATES ATTORNEY**

**BY:** _____
    **Anthony R. Franklyn**
    **Assistant United States Attorney**