USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

**HOUSTON DIVISION**

No.

United States Courts
Southern District of Texas
FILED

**4:25-cr-0044**

*February 19, 2025*

USAO#:   2025R01001

Nathan Ochsner, Clerk of Court

CRIMINAL  INDICTMENT

Filed:

Judge: **Rosenthal**

UNITED STATES of AMERICA
vs.

ATTORNEYS:

| | | |
|---|---|---|
| NICHOLAS J. GANJEI, USA | (713) 567-9000 | |
| ANTHONY R. FRANKLYN, AUSA | (713) 567-9000 | |

| | Appt'd | | Privat |
|---|---|---|---|
| Carlos  Cartagena-Lopez (Ct. 1) | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

Ct 1: Illegal alien in possession of a firearm [18 USC 922(g)(5)(A)]

Charges Total Counts (1)

**PENALTY:**
Ct. 1: Not more than 15 years in prison, up to $250,000 fine, 3 years SRT and $100 SA.

☑In Jail     Carlos  Cartagena-Lopez
999999
☐On Bond

NAME & ADDRESS
of Surety

☐No Arrest

## PROCEEDINGS:

| |
|---|
| |
| |
| |
| |