**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                                    **Cr. No. H-25-044**

**CARLOS CARTAGENA-LOPEZ**

**UNOPPOSED MOTION FOR CONTINUANCE**

The Defendant, Carlos Cartagena-Lopez moves this Court for a 60-day continuance of the motions deadline, pretrial conference and trial, and respectfully shows as follows:

Mr. Cartagena-Lopez is charged with alien in possession of a firearm. The pretrial motions deadline was May 9, 2025, the pretrial conference is set for May 19, 2025, and trial is set for June 2, 2025.

Discovery in this case is ongoing, and undersigned counsel has begun her own legal and factual investigation. Undersigned counsel has identified certain legal and factual issues that require further investigation. Undersigned counsel needs more time to complete her investigation and analysis, and then to file pretrial motions, if necessary, and to prepare for trial, if necessary. Moreover, additional time is needed to discuss the case with Mr. Cartagena-Lopez.

1

The defendant respectfully submits that the best interests of justice served by granting this motion for a continuance substantially outweigh the interests of the defendant and the community in a speedy trial, and that failure to grant the continuance would deprive defense counsel of sufficient time to prepare for trial.

The government is unopposed and joins this Motion for Continuance.

Respectfully submitted,

PHILIP G. GALLAGHER
Federal Public Defender
Southern District of Texas No. 566458
New Jersey State Bar No. 2320341

By /s/ Natalie J. Awad
NATALIE J. AWAD
Assistant Federal Public Defender
Attorney in Charge
Louisiana State Bar ID No. 38663
Southern District of Texas No. 3836610
Attorneys for Defendant
440 Louisiana, Suite 1350
Houston, Texas   77002
     Telephone:  713.718.4600
     Fax:     713.718.4610

## **CERTIFICATE OF CONFERENCE**

I certify that I conferred with Assistant United States Attorney Anthony Franklin and determined that the United States joins in this motion for continuance.

/s/ Natalie J. Awad
NATALIE J. AWAD

## **CERTIFICATE OF SERVICE**

I certify that on May 5, 2025, a copy of the foregoing Unopposed Motion to Continue was served by Notification of Electronic Filing and was delivered by email to the office of Assistant United States Attorney Anthony Franklin.

/s/ Natalie J. Awad
NATALIE J. AWAD

3